**Order entered September 24, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-15-00336-CR
No. 05-15-00337-CR

**CHARLES ANTHONY WILLIAMS, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 292nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause Nos. F11-49252-V, F11-49253-V**

## ORDER

By order dated August 27, 2015, we struck the appellant's brief because it contained the full name of a complaining witness of one of the underlying cases. We ordered appellant to file, within ten days, an amended brief that identifies that complaining witness by her initials only. To date, appellant has not filed an amended brief, which leaves him with no brief filed in these appeals.

Accordingly, we **ORDER** appellant to file, within **SEVEN DAYS** of the date of this order, an amended brief that identifies the complaining witness of the underlying sexual assault by initials only.

We **DIRECT** the Clerk to send copies of this order to counsel for all parties.

/s/      ADA BROWN
         JUSTICE